**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-21188-BLOOM**

JOHN DOE,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

      Defendants.

_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court on Plaintiff's *Ex Parte* Motion for Temporary Restraining Order ("Motion for Temporary Restraining Order"), ECF No. [9]; Plaintiff's *Ex Parte* Motion for Order Authorizing Alternative Service of Process ("Motion for Alternative Service"), ECF No. [10]; and Plaintiff's *Ex Parte* Motion for Leave to File Under Seal Certain Documents Containing Identifying Information About The Defendants ("Motion to Seal"), ECF No. [11]. The Court has carefully reviewed the Motions, the record, applicable law, and is otherwise fully advised.

Plaintiff seeks entry of a Temporary Restraining Order to restrain the assets of Defendants, which are foreign, e-commerce store operators to be listed in Schedule "A" to the Amended Complaint. *See* ECF No. [9]. Plaintiff argues that Defendants are likely to hide or transfer their assets, precluding Plaintiff's opportunity to receive meaningful relief. *Id.* Plaintiff also requests an Order permitting service via e-mail and Internet posting. *See* ECF No. [10]. Due to the risk Defendants may transfer their assets upon learning of this case, Plaintiff also requests to file certain documents under seal. *See* ECF No. [11]. Because of the pending Motion to Seal, Plaintiff has yet

to file unredacted copies of the Amended Complaint, its exhibits, Schedule "A," or the Motion for Temporary Restraining Order. As such, this Court lacks the information necessary to consider Plaintiff's Motion for Temporary Restraining Order and Motion for Alternate Service.

For the foregoing reasons, it is **ORDERED** and **ADJUDGED** as follows:

1.    Plaintiff's Motion to Seal, **ECF No. [11]**, is **GRANTED**.

2.    Pursuant to Local Rule 5.4, Plaintiff may file the following documents under seal, and they shall remain under seal until further order of the Court:

a)   Unredacted Amended Complaint and supporting exhibits;

b)   Schedule "A" to the Amended Complaint;

c)   Summons; and

d)   Unredacted *Ex Parte* Application for Entry of Temporary Restraining Order, Order Restraining Transfer of Assets and Incorporated Memorandum of Law and supporting declarations and exhibits.

e)   Unredacted *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) and Incorporated Memorandum of Law and supporting declarations and exhibits.

3.    Plaintiff's Motion for Temporary Restraining Order, **ECF No. [9]**, is **DENIED without prejudice**. The Motion may be refiled under seal once Plaintiff files the Amended Complaint, its Exhibits, and Schedule "A" under seal. The Motion shall establish grounds for the requested relief as it pertains to each defendant, as required by this Court's Omnibus Order Regarding Schedule "A" Causes of Action Omnibus Order, ECF No. [6].

4.    Plaintiff's Motion for Alternate Service, **ECF No. [10]**, is **DENIED without**

**prejudice**. The Motion may be refiled under seal once Plaintiff files the Amended Complaint, its Exhibits, and Schedule "A" under seal. The Motion shall establish grounds for the requested relief as it pertains to each defendant, as required by this Court's Omnibus Order Regarding Schedule "A" Causes of Action Omnibus Order, ECF No. [6].

5.   Because Plaintiff filed a partially unredacted Motion, the **CLERK OF COURT** shall seal Plaintiff's Motion for Temporary Restraining Order, **ECF No. [9]**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 18, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

Counsel of Record