**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-21188-BB**

**DINGWANG JIA,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

Defendants.
______________________________________/

**SCHEDULE A**

| No. | Platform | Name | Seller ID | Product IDs |
|---|---|---|---|---|
| 1 | Amazon | Fivebop | A28PPB2SB7HE70 | **B0G1R5JD1S**<br>B0FJDNMPCZ<br>B0FJDPL2VM<br>B0FJDQCJLW<br>B0FJDQM4V9<br>B0FJDWLNF1<br>B0FJF4D9ZR |
| 2 | Amazon | Fiwochic<br>d/b/a XeuLei | A29CRL01VQRZSP | **B0FKGHJ4T1**<br>B0FKGM5M52<br>B0FKGMHPYL |
| 3 | Amazon | HAILM | A4TMP1WYUO78R | **B0CNZ24ZW9** |
| 4 | Amazon | HomeProtect<br>d/b/a wmwmwm | A7LCOI3ENQVGH | **B0B4K261ZD**<br>B09KMZWW5J<br>B0CP228H6J<br>B0CP22F3PG<br>B0DCSN9C7C |
| 5 | Amazon | hyha | A28Q53HFQEQ1C8 | **B0G1QYKZ9Y**<br>B0FGX27Q6W<br>B0FGX2MWX2<br>B0FGX2NCVR<br>B0FGX2V1DF<br>B0FGX3GG86<br>B0FGX3JTF1<br>B0FGX3PT52<br>B0FGX3QSJD |

| | | | | |
|---|---|---|---|---|
| | | | | B0FGX42F8Q<br>B0FGX446YP<br>B0FGX46937<br>B0FGX46TM1<br>B0FGX49GRZ<br>B0FGX4JQ16<br>B0FGX4RLXR<br>B0FGX4RTDJ<br>B0FGX54DQZ<br>B0FGX58M9N<br>B0FGX5G3P6<br>B0FGX5WW4Q |
| 6 | Amazon | Joypea | Unknown | **B0DSZKLYCL**<br>B0DK53NH2L<br>B0DK548KWZ<br>B0DK54WH4B<br>B0F2DNF1YN<br>B0F2DR4H1F<br>B0F2DZC9BG<br>**B0DC15HV8Y**<br>B0DK53B18J<br>B0DK53XWYK<br>B0DK544BBS<br>B0DK56LYF6<br>B0F2DYQ93F |
| 7 | Amazon | KingBaas | A32WTW5KJS94U0 | **B0DB1DR249**<br>B0DB1HSKTT<br>B0DB1LQTCF<br>B0DB1MM6JS |
| 8 | Amazon | Marwood<br>d/b/a forecronic | A2ZT8IWCJRKMMC | **B09B7FT5KQ** |
| 9 | Amazon | Mimoyalaso<br>d/b/a ZHAOLHDF | A94SVWJ6QP4UG | **B0D8PL9QQL**<br>B0D8Q2JKDP<br>B0D8PNL3G3 |
| 10 | Amazon | MowTrudly | ACC7474DX9REK | **B0FVYBN1XV**<br>B0FRB17G1N<br>B0FRB2N3YL<br>B0FRB2RXZ7 |
| 11 | Amazon | NIDONE<br>d/b/a<br>YANGXIAOGUA | ANVCCF0D9BSMV | **B0FT3JGM4P** |
| 12 | Amazon | SINGINGLORY<br>d/b/a Y&J Home | AVCYNM1X2ECO8 | **B0DNYT3Y29**<br>B0DNYSGTJW<br>B0DNYR8H27<br>B0DYJ7M538 |
| 13 | Amazon | Sunolga | A250423K9GK8EG | **B0D7BLNFCJ** |

| | | | | |
|---|---|---|---|---|
| | | d/b/a UBCare | | B0C9CPJ6C1<br>B0C9D1YLHK<br>B0C9D3VRQ7<br>B0C9D6JBPQ<br>B0C9D7D3QP<br>B0C9D811ZM<br>B0C9D87PPY<br>B0C9D8JMM2<br>B0C9D9415B<br>B0C9DCH65R<br>B0C9DCYLLB<br>B0C9DCZD33<br>B0C9DFCWSV<br>B0C9DGYX6T<br>B0C9DLNCZC<br>B0C9DMBDYZ<br>B0C9DNR8WJ<br>B0D79629JV<br>B0D796CXKD<br>B0D796GXMV<br>B0D79879Q2<br>B0D798L2B7<br>B0D798PLQX<br>B0D799N8HZ<br>B0F2N24CCC<br>B0F2N2G8R2<br>B0F2N35NZK<br>B0F2N37KZT<br>B0F2N3CX51<br>B0F2N3HZRP<br>**B08X6HKLYT**<br>B08X6DSZ8K<br>B08X6RV3N3<br>B0B8S5FPZT<br>B0B8S6647K<br>B0C6ZH7G4C<br>B0C6ZHTXJQ<br>B0C6ZJ6X89<br>B0C6ZJN7QL<br>B0C6ZK2D8Y<br>B0C6ZK3F4M<br>B0C6ZKKSYQ<br>B0C6ZKTZF9<br>B0C6ZKY8Q1<br>B0C6ZL6RYD<br>B0C6ZL7RCK |

| | | | | |
|---|---|---|---|---|
| | | | | B0C6ZLP19N<br>B0C6ZM2CDQ<br>B0C6ZN2HYD<br>B0D49RGHKZ<br>B0D49RH1VC<br>B0D49RL7GK<br>B0D49RXTCK<br>B0D49SKHWK<br>B0D49SRFJW<br>B0F2N37FJH<br>B0F2N3DP1W<br>B0F2N3JPML<br>B0F2N3KTVR<br>B0F2N3N99V<br>**B0CB4JYQHJ**<br>B0B8S5Q8N5<br>B0B8S65J52<br>B0BWD2TJBS<br>B0BWD3FK2V<br>B0C6ZH3K56<br>B0C6ZH7G3H<br>B0C6ZHJXZX<br>B0C6ZJH2D1<br>B0C6ZJWZSX<br>B0C6ZKF446<br>B0C6ZKH5G7<br>B0C6ZKHQV6<br>B0C6ZKKRY6<br>B0C6ZKPDF8<br>B0C6ZKXWJK<br>B0C6ZL1VYP<br>B0C6ZL62MH<br>B0C6ZL9GKZ<br>B0C6ZLC93W<br>B0C6ZLHL67<br>B0C6ZLR6XL<br>B0C6ZLS5HQ<br>B0C6ZLX5PG<br>B0C6ZM1M3H<br>B0C6ZM6WCV<br>B0D49QMC5X<br>B0D49QN868<br>B0D49QSBVP<br>B0D49QT49K<br>B0D49QZGKG<br>B0D49RKH53 |

| | | | | |
|---|---|---|---|---|
| | | | | B0D49S54V4<br>B0F1TLHXCC<br>B0F1TPDK9V<br>B0F2N1VMCM<br>B0F2N3WTMV<br>B0F62343P2<br>B0F624GHSW<br>B0F629TW2Q<br>B0F62HTQ8J<br>B0F845VYTH<br>**B0DL39DZW6**<br>B0D5Y96KVT<br>B0D5YCC44B<br>B0D5YCNFXG<br>B0D5YDSSQ5<br>B0D5YGY3RL<br>B0D5YHBZSF<br>B0F2MZ7LM6<br>B0F2MZX5RZ<br>B0F2N1FB1V<br>B0F2N1XZY9<br>B0F2N2PTDJ<br>B0F2N34SBT<br>B0F2N4X8TH<br>B0F2N5878M<br>B0F2N5FZ5S<br>B0F2N5C5DY<br>**B088NNBFHQ**<br>B088LZ2SPT<br>B088M3QQ8P<br>B08DHN3DBD<br>B08FDH795L<br>B08PFPY5XF<br>B08PFQR9DQ<br>B08XH3KX4Y<br>B08XH7CQWG<br>B08XHQG2VM<br>B08XHX37Q8<br>B09DF9TF1Z<br>B09DFD61P6<br>B09DFDXJZK<br>B09DFJJDV6<br>B09DFJLXCT<br>B09LC63G5T<br>B0C6ZGHKJN<br>B0C6ZJTKWH |

| | | | | |
|---|---|---|---|---|
| | | | | B0C6ZK3MRX<br>B0C6ZKKB85<br>B0C6ZKNSZK<br>B0C6ZL7T8J<br>B0C6ZLJXC7<br>B0C6ZN6MPC<br>B0D49Q753H<br>B0D49RHYMJ<br>B0D49RSP4X<br>B0D49S2XSS<br>B0D49T3XZR<br>B0F1TL5Z3C<br>B0F1TMSTH3<br>B0F1TN4ZDM<br>B0F1TN6LBB<br>B0F1TN8VXN<br>B0F1TNZVQH<br>B0F1TQHPXS<br>B0F2MZ52GN<br>B0F2N18HNX<br>B0F2N18LWM<br>B0F2N33DDC<br>B0F6218ZK5<br>B0F842F96H<br>B0FJM3MX93 |
| 14 | Amazon | SYIPO<br>d/b/a suyanfushi | A2JMGG8GO4U8BD | **B0DDTNVLX7**<br>B0DDTP2R3Q<br>B0DDTPDZ6C<br>**B0F487QXHX**<br>B0F486ZZC1<br>B0F488Q356 |
| 15 | Amazon | Symbiontia | A28KHYEABVE3O | **B0FP89PDXW** |
| 16 | Amazon | TYHEBVZA | Unknown | **B0G3FMXX2Y**<br>B0G3FFPX8B<br>B0G3FGXGZJ<br>B0G3FJ5VDP |
| 17 | Amazon | UUYUUY<br>d/b/a JXimpression | A2VQRU58RPRH30 | **B0F9396N47**<br>B0F1Y5FDBQ<br>B0F1Y5JVRR<br>B0F1Y61WTQ<br>B0F1YC8YFC<br>B0F1YKHN6K<br>B0F1YMFCD7<br>B0F93BRWLH<br>B0F93CDMRG<br>B0F93CPBS6 |

| | | | | |
|---|---|---|---|---|
| | | | | B0F93CZLKT<br>**B0DZX5CQ9V**<br>B0DZWZSGHH<br>B0DZX2NS4D<br>B0DZX2XL8H<br>B0DZX3LF2H<br>B0DZX4PF7Q<br>B0DZX58764<br>B0DZX5X742 |
| 18 | Amazon | uxcell<br>d/b/a Amadeo City | A30WUG2ZDGM0XM | **B0FCRT68BB**<br>B0FBLS7NK8<br>B0FBLS9DVS<br>B0FBLSB54G<br>B0FBLSHW3K<br>B0FBLSHWB8<br>B0FBLSJDLY<br>B0FBLSJXW5<br>B0FBLSVQS9<br>B0FBLSWXFS<br>B0FBLSXFJD<br>B0FBLSXPJJ<br>B0FBLSYVCP<br>B0FBLSYVZ3<br>B0FBLSYVZ4<br>B0FBLT163Z<br>B0FBLT4DHP<br>B0FBLT4K4B<br>B0FBLT5TDB<br>B0FBLT5YCR<br>B0FBLT6SFF<br>B0FBLT6T9Y<br>B0FBLT7CTF<br>B0FBLT7X7B<br>B0FBLTFHYH<br>B0FBLTGJ7X<br>B0FBLTH23C<br>B0FBLTH23D<br>B0FBLTHHVW<br>B0FBLTHZR1<br>B0FBLTJM4Z<br>B0FBLTKPFB<br>B0FBLTN4H8<br>B0FBLTQJ3J<br>B0FBLTQWBQ<br>B0FBLTRT1Q<br>B0FBLTT5ZF |

| | | | | |
|---|---|---|---|---|
| | | | | B0FBLTWMWQ<br>B0FBLTWXGP<br>B0FBLTY94K<br>B0FBLTZPP3<br>B0FBLV33Q1<br>B0FBLV34R7<br>B0FBLV4DG8<br>B0FBLV4FXD<br>B0FBLV67TV<br>B0FBLV7MTV<br>B0FBLV8DGV<br>B0FBLVB8NV<br>B0FBLVCL77<br>B0FBLVFRQW<br>B0FBLVH3NL<br>B0FBLVKY7G<br>B0FBLVL6L4<br>B0FBLVLB73 |
| 19 | Amazon | WiseTigris<br>d/b/a Kliwill | A19XAG14OQR082 | **B0DSVLKMPM**<br>B0DSVK85G7<br>B0DSVK9S29<br>B0DSVKXCX3<br>B0DSVKZPLS<br>B0DSVL6XGB<br>B0DSVLF1ZK |
| 20 | Amazon | YOUFI | AWPB5E4SYDTM2 | **B0F7LL4FHT**<br>B0F7LLPQC8<br>B0F7LMRSFM |
| 21 | Amazon | ZLHETWT<br>d/b/a ZAZALIHH | ASOLXJUVYCSMH | **B0CY5M5WD9**<br>B0CY5873SZ<br>B0CY5DD1VF |
| 22 | Walmart | Hblife Direct | 101110907 | 17130319479 |
| 23 | Amazon | DARALIS | A1IHTUT5MFBCNA | **B0DM551VZL**<br>B0DM54KJCH<br>B0DM552WLZ<br>B0DM56GTBC<br>B0DM56R21P<br>B0DM56X9HX<br>B0DM58T4SR |
| 24 | Amazon | QDCYP | AGMPQR22X9A9L | **B0FN4GKSLR**<br>B0FMYB1B6D<br>B0FMY9D86T<br>B0FMY9RFT2<br>B0FMY9YX5F |
| 25 | Amazon | Comfyanno | A3DYOP0M1I5TG2 | **B0CLGM5Q6T**<br>B0B9L75YNH |

| | | | | |
|---|---|---|---|---|
| | | | | B0BLR66HLD<br>B0BM5YT2SP<br>B0C7W4XJB4<br>B0C7W63YD8<br>B0CLZLCMS4 |
| 26 | Amazon | Wohomzy<br>d/b/a Yimeixun | AC2XQUIXN31UW | **B0F248QP7F**<br>B0F243B8T2<br>B0F245CHQ1<br>B0F245Y8CH<br>B0F2465NXQ<br>B0F2467V89<br>B0F2469TYT<br>B0F246J4T4<br>B0F246JZLD<br>B0F246TS4N<br>B0F2479L6L<br>B0F247DZ5B<br>B0F247P8T6<br>B0F2486N4B |
| 27 | Walmart | WJJIYR | 102924604 | 17805011505 |

Links to Products:

| No. | Links |
|---|---|
| 1 | https://www.amazon.com/dp/B0FJDNMPCZ<br>https://www.amazon.com/dp/B0FJDPL2VM<br>https://www.amazon.com/dp/B0FJDQCJLW<br>https://www.amazon.com/dp/B0FJDQM4V9<br>https://www.amazon.com/dp/B0FJDWLNF1<br>https://www.amazon.com/dp/B0FJF4D9ZR |
| 2 | https://www.amazon.com/dp/B0FKGM5M52<br>https://www.amazon.com/dp/B0FKGMHPYL |
| 3 | https://www.amazon.com/dp/B0CNZ24ZW9 |
| 4 | https://www.amazon.com/dp/B09KMZWW5J<br>https://www.amazon.com/dp/B0CP228H6J<br>https://www.amazon.com/dp/B0CP22F3PG<br>https://www.amazon.com/dp/B0DCSN9C7C |
| 5 | https://www.amazon.com/dp/B0FGX27Q6W<br>https://www.amazon.com/dp/B0FGX2MWX2<br>https://www.amazon.com/dp/B0FGX2NCVR<br>https://www.amazon.com/dp/B0FGX2V1DF<br>https://www.amazon.com/dp/B0FGX3GG86<br>https://www.amazon.com/dp/B0FGX3JTF1<br>https://www.amazon.com/dp/B0FGX3PT52<br>https://www.amazon.com/dp/B0FGX3QSJD<br>https://www.amazon.com/dp/B0FGX42F8Q<br>https://www.amazon.com/dp/B0FGX446YP<br>https://www.amazon.com/dp/B0FGX46937<br>https://www.amazon.com/dp/B0FGX46TM1<br>https://www.amazon.com/dp/B0FGX49GRZ<br>https://www.amazon.com/dp/B0FGX4JQ16<br>https://www.amazon.com/dp/B0FGX4RLXR<br>https://www.amazon.com/dp/B0FGX4RTDJ<br>https://www.amazon.com/dp/B0FGX54DQZ<br>https://www.amazon.com/dp/B0FGX58M9N<br>https://www.amazon.com/dp/B0FGX5G3P6<br>https://www.amazon.com/dp/B0FGX5WW4Q |
| 6 | https://www.amazon.com/dp/B0DK53NH2L<br>https://www.amazon.com/dp/B0DK548KWZ<br>https://www.amazon.com/dp/B0DK54WH4B<br>https://www.amazon.com/dp/B0F2DNF1YN<br>https://www.amazon.com/dp/B0F2DR4H1F<br>https://www.amazon.com/dp/B0F2DZC9BG<br>https://www.amazon.com/dp/B0DK53B18J<br>https://www.amazon.com/dp/B0DK53XWYK<br>https://www.amazon.com/dp/B0DK544BBS<br>https://www.amazon.com/dp/B0DK56LYF6 |

| | |
|---|---|
| | https://www.amazon.com/dp/B0F2DYQ93F |
| 7 | https://www.amazon.com/dp/B0DB1HSKTT<br>https://www.amazon.com/dp/B0DB1LQTCF<br>https://www.amazon.com/dp/B0DB1MM6JS |
| 8 | https://www.amazon.com/dp/B09B7FT5KQ |
| 9 | https://www.amazon.com/dp/B0D8Q2JKDP<br>https://www.amazon.com/dp/B0D8PNL3G3 |
| 10 | https://www.amazon.com/dp/B0FRB17G1N<br>https://www.amazon.com/dp/B0FRB2N3YL<br>https://www.amazon.com/dp/B0FRB2RXZ7 |
| 11 | https://www.amazon.com/dp/B0FT3JGM4P |
| 12 | https://www.amazon.com/dp/B0DNYSGTJW<br>https://www.amazon.com/dp/B0DNYR8H27<br>https://www.amazon.com/dp/B0DYJ7M538 |
| 13 | https://www.amazon.com/dp/B0C9CPJ6C1<br>https://www.amazon.com/dp/B0C9D1YLHK<br>https://www.amazon.com/dp/B0C9D3VRQ7<br>https://www.amazon.com/dp/B0C9D6JBPQ<br>https://www.amazon.com/dp/B0C9D7D3QP<br>https://www.amazon.com/dp/B0C9D811ZM<br>https://www.amazon.com/dp/B0C9D87PPY<br>https://www.amazon.com/dp/B0C9D8JMM2<br>https://www.amazon.com/dp/B0C9D9415B<br>https://www.amazon.com/dp/B0C9DCH65R<br>https://www.amazon.com/dp/B0C9DCYLLB<br>https://www.amazon.com/dp/B0C9DCZD33<br>https://www.amazon.com/dp/B0C9DFCWSV<br>https://www.amazon.com/dp/B0C9DGYX6T<br>https://www.amazon.com/dp/B0C9DLNCZC<br>https://www.amazon.com/dp/B0C9DMBDYZ<br>https://www.amazon.com/dp/B0C9DNR8WJ<br>https://www.amazon.com/dp/B0D79629JV<br>https://www.amazon.com/dp/B0D796CXKD<br>https://www.amazon.com/dp/B0D796GXMV<br>https://www.amazon.com/dp/B0D79879Q2<br>https://www.amazon.com/dp/B0D798L2B7<br>https://www.amazon.com/dp/B0D798PLQX<br>https://www.amazon.com/dp/B0D799N8HZ<br>https://www.amazon.com/dp/B0F2N24CCC<br>https://www.amazon.com/dp/B0F2N2G8R2<br>https://www.amazon.com/dp/B0F2N35NZK<br>https://www.amazon.com/dp/B0F2N37KZT<br>https://www.amazon.com/dp/B0F2N3CX51<br>https://www.amazon.com/dp/B0F2N3HZRP<br>https://www.amazon.com/dp/B08X6DSZ8K<br>https://www.amazon.com/dp/B08X6RV3N3 |

| | |
|---|---|
| | https://www.amazon.com/dp/B0B8S5FPZT<br>https://www.amazon.com/dp/B0B8S6647K<br>https://www.amazon.com/dp/B0C6ZH7G4C<br>https://www.amazon.com/dp/B0C6ZHTXJQ<br>https://www.amazon.com/dp/B0C6ZJ6X89<br>https://www.amazon.com/dp/B0C6ZJN7QL<br>https://www.amazon.com/dp/B0C6ZK2D8Y<br>https://www.amazon.com/dp/B0C6ZK3F4M<br>https://www.amazon.com/dp/B0C6ZKKSYQ<br>https://www.amazon.com/dp/B0C6ZKTZF9<br>https://www.amazon.com/dp/B0C6ZKY8Q1<br>https://www.amazon.com/dp/B0C6ZL6RYD<br>https://www.amazon.com/dp/B0C6ZL7RCK<br>https://www.amazon.com/dp/B0C6ZLP19N<br>https://www.amazon.com/dp/B0C6ZM2CDQ<br>https://www.amazon.com/dp/B0C6ZN2HYD<br>https://www.amazon.com/dp/B0D49RGHKZ<br>https://www.amazon.com/dp/B0D49RH1VC<br>https://www.amazon.com/dp/B0D49RL7GK<br>https://www.amazon.com/dp/B0D49RXTCK<br>https://www.amazon.com/dp/B0D49SKHWK<br>https://www.amazon.com/dp/B0D49SRFJW<br>https://www.amazon.com/dp/B0F2N37FJH<br>https://www.amazon.com/dp/B0F2N3DP1W<br>https://www.amazon.com/dp/B0F2N3JPML<br>https://www.amazon.com/dp/B0F2N3KTVR<br>https://www.amazon.com/dp/B0F2N3N99V<br>https://www.amazon.com/dp/B0B8S5Q8N5<br>https://www.amazon.com/dp/B0B8S65J52<br>https://www.amazon.com/dp/B0BWD2TJBS<br>https://www.amazon.com/dp/B0BWD3FK2V<br>https://www.amazon.com/dp/B0C6ZH3K56<br>https://www.amazon.com/dp/B0C6ZH7G3H<br>https://www.amazon.com/dp/B0C6ZHJXZX<br>https://www.amazon.com/dp/B0C6ZJH2D1<br>https://www.amazon.com/dp/B0C6ZJWZSX<br>https://www.amazon.com/dp/B0C6ZKF446<br>https://www.amazon.com/dp/B0C6ZKH5G7<br>https://www.amazon.com/dp/B0C6ZKHQV6<br>https://www.amazon.com/dp/B0C6ZKKRY6<br>https://www.amazon.com/dp/B0C6ZKPDF8<br>https://www.amazon.com/dp/B0C6ZKXWJK<br>https://www.amazon.com/dp/B0C6ZL1VYP<br>https://www.amazon.com/dp/B0C6ZL62MH<br>https://www.amazon.com/dp/B0C6ZL9GKZ<br>https://www.amazon.com/dp/B0C6ZLC93W |

| | |
|---|---|
| | https://www.amazon.com/dp/B0C6ZLHL67<br>https://www.amazon.com/dp/B0C6ZLR6XL<br>https://www.amazon.com/dp/B0C6ZLS5HQ<br>https://www.amazon.com/dp/B0C6ZLX5PG<br>https://www.amazon.com/dp/B0C6ZM1M3H<br>https://www.amazon.com/dp/B0C6ZM6WCV<br>https://www.amazon.com/dp/B0D49QMC5X<br>https://www.amazon.com/dp/B0D49QN868<br>https://www.amazon.com/dp/B0D49QSBVP<br>https://www.amazon.com/dp/B0D49QT49K<br>https://www.amazon.com/dp/B0D49QZGKG<br>https://www.amazon.com/dp/B0D49RKH53<br>https://www.amazon.com/dp/B0D49S54V4<br>https://www.amazon.com/dp/B0F1TLHXCC<br>https://www.amazon.com/dp/B0F1TPDK9V<br>https://www.amazon.com/dp/B0F2N1VMCM<br>https://www.amazon.com/dp/B0F2N3WTMV<br>https://www.amazon.com/dp/B0F62343P2<br>https://www.amazon.com/dp/B0F624GHSW<br>https://www.amazon.com/dp/B0F629TW2Q<br>https://www.amazon.com/dp/B0F62HTQ8J<br>https://www.amazon.com/dp/B0F845VYTH<br>https://www.amazon.com/dp/B0D5Y96KVT<br>https://www.amazon.com/dp/B0D5YCC44B<br>https://www.amazon.com/dp/B0D5YCNFXG<br>https://www.amazon.com/dp/B0D5YDSSQ5<br>https://www.amazon.com/dp/B0D5YGY3RL<br>https://www.amazon.com/dp/B0D5YHBZSF<br>https://www.amazon.com/dp/B0F2MZ7LM6<br>https://www.amazon.com/dp/B0F2MZX5RZ<br>https://www.amazon.com/dp/B0F2N1FB1V<br>https://www.amazon.com/dp/B0F2N1XZY9<br>https://www.amazon.com/dp/B0F2N2PTDJ<br>https://www.amazon.com/dp/B0F2N34SBT<br>https://www.amazon.com/dp/B0F2N4X8TH<br>https://www.amazon.com/dp/B0F2N5878M<br>https://www.amazon.com/dp/B0F2N5FZ5S<br>https://www.amazon.com/dp/B0F2N5C5DY<br>https://www.amazon.com/dp/B088LZ2SPT<br>https://www.amazon.com/dp/B088M3QQ8P<br>https://www.amazon.com/dp/B08DHN3DBD<br>https://www.amazon.com/dp/B08FDH795L<br>https://www.amazon.com/dp/B08PFPY5XF<br>https://www.amazon.com/dp/B08PFQR9DQ<br>https://www.amazon.com/dp/B08XH3KX4Y<br>https://www.amazon.com/dp/B08XH7CQWG |

| | |
|---|---|
| | https://www.amazon.com/dp/B08XHQG2VM<br>https://www.amazon.com/dp/B08XHX37Q8<br>https://www.amazon.com/dp/B09DF9TF1Z<br>https://www.amazon.com/dp/B09DFD61P6<br>https://www.amazon.com/dp/B09DFDXJZK<br>https://www.amazon.com/dp/B09DFJJDV6<br>https://www.amazon.com/dp/B09DFJLXCT<br>https://www.amazon.com/dp/B09LC63G5T<br>https://www.amazon.com/dp/B0C6ZGHKJN<br>https://www.amazon.com/dp/B0C6ZJTKWH<br>https://www.amazon.com/dp/B0C6ZK3MRX<br>https://www.amazon.com/dp/B0C6ZKKB85<br>https://www.amazon.com/dp/B0C6ZKNSZK<br>https://www.amazon.com/dp/B0C6ZL7T8J<br>https://www.amazon.com/dp/B0C6ZLJXC7<br>https://www.amazon.com/dp/B0C6ZN6MPC<br>https://www.amazon.com/dp/B0D49Q753H<br>https://www.amazon.com/dp/B0D49RHYMJ<br>https://www.amazon.com/dp/B0D49RSP4X<br>https://www.amazon.com/dp/B0D49S2XSS<br>https://www.amazon.com/dp/B0D49T3XZR<br>https://www.amazon.com/dp/B0F1TL5Z3C<br>https://www.amazon.com/dp/B0F1TMSTH3<br>https://www.amazon.com/dp/B0F1TN4ZDM<br>https://www.amazon.com/dp/B0F1TN6LBB<br>https://www.amazon.com/dp/B0F1TN8VXN<br>https://www.amazon.com/dp/B0F1TNZVQH<br>https://www.amazon.com/dp/B0F1TQHPXS<br>https://www.amazon.com/dp/B0F2MZ52GN<br>https://www.amazon.com/dp/B0F2N18HNX<br>https://www.amazon.com/dp/B0F2N18LWM<br>https://www.amazon.com/dp/B0F2N33DDC<br>https://www.amazon.com/dp/B0F6218ZK5<br>https://www.amazon.com/dp/B0F842F96H<br>https://www.amazon.com/dp/B0FJM3MX93 |
| 14 | https://www.amazon.com/dp/B0DDTP2R3Q<br>https://www.amazon.com/dp/B0DDTPDZ6C<br>https://www.amazon.com/dp/B0F486ZZC1<br>https://www.amazon.com/dp/B0F488Q356 |
| 15 | https://www.amazon.com/dp/B0FP89PDXW |
| 16 | https://www.amazon.com/dp/B0G3FFPX8B<br>https://www.amazon.com/dp/B0G3FGXGZJ<br>https://www.amazon.com/dp/B0G3FJ5VDP |
| 17 | https://www.amazon.com/dp/B0F1Y5FDBQ<br>https://www.amazon.com/dp/B0F1Y5JVRR<br>https://www.amazon.com/dp/B0F1Y61WTQ |

| | |
|---|---|
| | https://www.amazon.com/dp/B0F1YC8YFC<br>https://www.amazon.com/dp/B0F1YKHN6K<br>https://www.amazon.com/dp/B0F1YMFCD7<br>https://www.amazon.com/dp/B0F93BRWLH<br>https://www.amazon.com/dp/B0F93CDMRG<br>https://www.amazon.com/dp/B0F93CPBS6<br>https://www.amazon.com/dp/B0F93CZLKT<br>https://www.amazon.com/dp/B0DZWZSGHH<br>https://www.amazon.com/dp/B0DZX2NS4D<br>https://www.amazon.com/dp/B0DZX2XL8H<br>https://www.amazon.com/dp/B0DZX3LF2H<br>https://www.amazon.com/dp/B0DZX4PF7Q<br>https://www.amazon.com/dp/B0DZX58764<br>https://www.amazon.com/dp/B0DZX5X742 |
| 18 | https://www.amazon.com/dp/B0FBLS7NK8<br>https://www.amazon.com/dp/B0FBLS9DVS<br>https://www.amazon.com/dp/B0FBLSB54G<br>https://www.amazon.com/dp/B0FBLSHW3K<br>https://www.amazon.com/dp/B0FBLSHWB8<br>https://www.amazon.com/dp/B0FBLSJDLY<br>https://www.amazon.com/dp/B0FBLSJXW5<br>https://www.amazon.com/dp/B0FBLSVQS9<br>https://www.amazon.com/dp/B0FBLSWXFS<br>https://www.amazon.com/dp/B0FBLSXFJD<br>https://www.amazon.com/dp/B0FBLSXPJJ<br>https://www.amazon.com/dp/B0FBLSYVCP<br>https://www.amazon.com/dp/B0FBLSYVZ3<br>https://www.amazon.com/dp/B0FBLSYVZ4<br>https://www.amazon.com/dp/B0FBLT163Z<br>https://www.amazon.com/dp/B0FBLT4DHP<br>https://www.amazon.com/dp/B0FBLT4K4B<br>https://www.amazon.com/dp/B0FBLT5TDB<br>https://www.amazon.com/dp/B0FBLT5YCR<br>https://www.amazon.com/dp/B0FBLT6SFF<br>https://www.amazon.com/dp/B0FBLT6T9Y<br>https://www.amazon.com/dp/B0FBLT7CTF<br>https://www.amazon.com/dp/B0FBLT7X7B<br>https://www.amazon.com/dp/B0FBLTFHYH<br>https://www.amazon.com/dp/B0FBLTGJ7X<br>https://www.amazon.com/dp/B0FBLTH23C<br>https://www.amazon.com/dp/B0FBLTH23D<br>https://www.amazon.com/dp/B0FBLTHHVW<br>https://www.amazon.com/dp/B0FBLTHZR1<br>https://www.amazon.com/dp/B0FBLTJM4Z<br>https://www.amazon.com/dp/B0FBLTKPFB<br>https://www.amazon.com/dp/B0FBLTN4H8 |

| | |
|---|---|
| | https://www.amazon.com/dp/B0FBLTQJ3J<br>https://www.amazon.com/dp/B0FBLTQWBQ<br>https://www.amazon.com/dp/B0FBLTRT1Q<br>https://www.amazon.com/dp/B0FBLTT5ZF<br>https://www.amazon.com/dp/B0FBLTWMWQ<br>https://www.amazon.com/dp/B0FBLTWXGP<br>https://www.amazon.com/dp/B0FBLTY94K<br>https://www.amazon.com/dp/B0FBLTZPP3<br>https://www.amazon.com/dp/B0FBLV33Q1<br>https://www.amazon.com/dp/B0FBLV34R7<br>https://www.amazon.com/dp/B0FBLV4DG8<br>https://www.amazon.com/dp/B0FBLV4FXD<br>https://www.amazon.com/dp/B0FBLV67TV<br>https://www.amazon.com/dp/B0FBLV7MTV<br>https://www.amazon.com/dp/B0FBLV8DGV<br>https://www.amazon.com/dp/B0FBLVB8NV<br>https://www.amazon.com/dp/B0FBLVCL77<br>https://www.amazon.com/dp/B0FBLVFRQW<br>https://www.amazon.com/dp/B0FBLVH3NL<br>https://www.amazon.com/dp/B0FBLVKY7G<br>https://www.amazon.com/dp/B0FBLVL6L4<br>https://www.amazon.com/dp/B0FBLVLB73 |
| 19 | https://www.amazon.com/dp/B0DSVK85G7<br>https://www.amazon.com/dp/B0DSVK9S29<br>https://www.amazon.com/dp/B0DSVKXCX3<br>https://www.amazon.com/dp/B0DSVKZPLS<br>https://www.amazon.com/dp/B0DSVL6XGB<br>https://www.amazon.com/dp/B0DSVLF1ZK |
| 20 | https://www.amazon.com/dp/B0F7LLPQC8<br>https://www.amazon.com/dp/B0F7LMRSFM |
| 21 | https://www.amazon.com/dp/B0CY5873SZ<br>https://www.amazon.com/dp/B0CY5DD1VF |
| 22 | https://www.walmart.com/ip/HBlife-38-Inch-Heavy-Duty-Door-Draft-Stopper-Sturdy-Linen-Sound-Proof-Draft-Guard-for-Doors-and-Windows-Dark-Gray/17130319479 |
| 23 | https://www.amazon.com/dp/B0DM54KJCH<br>https://www.amazon.com/dp/B0DM552WLZ<br>https://www.amazon.com/dp/B0DM56GTBC<br>https://www.amazon.com/dp/B0DM56R21P<br>https://www.amazon.com/dp/B0DM56X9HX<br>https://www.amazon.com/dp/B0DM58T4SR |
| 24 | https://www.amazon.com/dp/B0FMYB1B6D<br>https://www.amazon.com/dp/B0FMY9D86T<br>https://www.amazon.com/dp/B0FMY9RFT2<br>https://www.amazon.com/dp/B0FMY9YX5F |
| 25 | https://www.amazon.com/dp/B0B9L75YNH |

| | |
|---|---|
| | https://www.amazon.com/dp/B0BLR66HLD<br>https://www.amazon.com/dp/B0BM5YT2SP<br>https://www.amazon.com/dp/B0C7W4XJB4<br>https://www.amazon.com/dp/B0C7W63YD8<br>https://www.amazon.com/dp/B0CLZLCMS4 |
| 26 | https://www.amazon.com/dp/B0F243B8T2<br>https://www.amazon.com/dp/B0F245CHQ1<br>https://www.amazon.com/dp/B0F245Y8CH<br>https://www.amazon.com/dp/B0F2465NXQ<br>https://www.amazon.com/dp/B0F2467V89<br>https://www.amazon.com/dp/B0F2469TYT<br>https://www.amazon.com/dp/B0F246J4T4<br>https://www.amazon.com/dp/B0F246JZLD<br>https://www.amazon.com/dp/B0F246TS4N<br>https://www.amazon.com/dp/B0F2479L6L<br>https://www.amazon.com/dp/B0F247DZ5B<br>https://www.amazon.com/dp/B0F247P8T6<br>https://www.amazon.com/dp/B0F2486N4B |
| 27 | https://www.walmart.com/ip/17805011505 |