**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-21188-BLOOM**

**DINGWANG JIA,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

Defendants.
_________________________________________/

**SEALED ORDER DENYING *EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, ORDER RESTRAINING TRANSFER OF ASSETS AND EXPEDITED DISCOVERY**

**THIS CAUSE** is before the Court on Plaintiff DINGWANG JIA's ("Plaintiff") Sealed *Ex Parte* Application for Entry of Temporary Restraining Order, Order Restraining Transfer of Assets, and Expedited Discovery ("Motion"), ECF No. [17]. Plaintiff moves, on an *ex parte* basis, for entry of a temporary restraining order, an order restraining transfer of assets, and expedited discovery against Defendants The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" (collectively "Defendants"). The Court has carefully reviewed the Motion, the record, applicable law, and is otherwise fully advised. For the reasons below, the Motion is denied.

The Court's Omnibus Order Regarding Schedule "A" Causes of Action ("Omnibus Order") ordered that any motion for a temporary restraining order must include detailed steps to verify this Court has personal jurisdiction over each Defendant and establish entitlement to relief with regard to each Defendant. *See* ECF No. [6]. In the Motion, Plaintiff asserts the Court has jurisdiction over

the Defendants because each "has committed patent infringement (a tortious act) within [Florida]." ECF No. [17] at 7. Plaintiff submits an affidavit in support of the Motion that outlines the investigation into Defendants' activities to establish personal jurisdiction and entitlement to relief. ECF No. [17-1]. However, neither Plaintiff's Motion nor the Complaint includes any information regarding Defendant No. 16 on Schedule "A" such that the Court cannot determine whether the Court has personal jurisdiction over that Defendant or if Plaintiff is entitled to the relief requested for that Defendant. *See* ECF Nos. [16-7]; [17-6]. As such, Plaintiff has failed to make the necessary showing for each Defendant on Schedule "A," as required by the Court's Omnibus Order.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [17]**, is **DENIED** without prejudice. The Clerk shall file this Order under seal until further order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 1, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

Counsel of Record