**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-21188-BLOOM**

**JOHN DOE,**

     Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS,**
**AND UNINCORPORATED**
**ASSOCIATIONS IDENTIFIED ON**
**SCHEDULE A**,

     Defendants.

_____/

### ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal without Prejudice as to Defendants Joypea, Defendant No. 6 on Schedule A, and TYHEBVZA, Defendant No. 16 on Schedule A, ECF No. [21] ("Notice"), filed on April 20, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [21]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE** as to Defendants Joypea, Defendant No. 6 on Schedule A, and TYHEBVZA, Defendant No. 16 on Schedule A, only;

3. Each party shall bear its own attorneys' fees and costs;

Case No.: 26-cv-21188-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 20, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2