UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-cv-21188-BB

DINGWANG JIA,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

## RETURN OF SERVICE

**I HEREBY CERTIFY** that on May 18, 2026, service of process was effectuated on Defendants, THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, through e-mail using e-mail addresses provided by the platforms and providing the designated webpage to the listed Defendants pursuant to the Court Order Authorizing Alternative Service of Process (DE 25).

**DATED: May 18, 2026**     Respectfully Submitted,

     **REINER & REINER, P.A.**
     *Counsel for Plaintiff*
     9100 South Dadeland Blvd., Suite 901
     Miami, Florida   33156-7815
     Tel: (305) 670-8282; Fax: (305) 670-8989
     dpr@reinerslaw.com; eservice@reinerslaw.com

     By: _____
     **DAVID P. REINER, II, ESQ.**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on **May 18, 2026,** *I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400

REINER & REINER, P.A.
ONE DATRAN CENTER ◆ 9100 SOUTH DADELAND BLVD ◆ SUITE 901 ◆ MIAMI ◆ FLORIDA ◆ 33156 ◆ TEL: 305 670-8282 ◆ FAX: 305 670-8989