**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-21188-BB**

**DINGWANG JIA,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

Defendants.

_____/

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal without Prejudice as to Defendant NIDONE d/b/a YANGXIAOHUA, Defendant No. 11 on Schedule A, ECF No. [__] ("Notice"), filed on May 28, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Notice, **ECF No. [__]**, is **APPROVED** and **ADOPTED**;

2.      The above-styled case is **DISMISSED WITHOUT PREJUDICE** as to Defendant NIDONE d/b/a YANGXIAOHUA, Defendant No. 11 on Schedule A, only;

3.      Each party shall bear its own attorneys' fees and costs;

**DONE AND ORDERED** in Chambers at Maimi, Florida, on _____, 2026.

_____
UNITED STATES DISTRICT JUDGE