**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-21188-BB**

**DINGWANG JIA,**

　　Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

　　Defendants.

_____/

# MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM IN SUPPORT

Plaintiff, DINGWANG JIA, by and through undersigned counsel, hereby files its Motion for Preliminary Injunction, and in support, states as follows:

1.　　On March 19, 2026, Plaintiff filed its unredacted Amended Complaint (DE 16).

2.　　On April 20, Plaintiff filed its unredacted Renewed *Ex Parte* Motion for Entry of Temporary Restraining Order (DE 23).

3.　　On May 5, 2026, the Court entered an Order Granting Renewed *Ex Parte* Motion for Entry of Temporary Restraining Order (DE 26).

4.　　On May 18, 2026, service of process was effectuated on the Defendants (*see* Return of Service, DE 27) pursuant to the Order Authorizing Alternative Service of Process (DE 25) and the Order Granting Renewed *Ex Parte* Motion for Entry of Temporary Restraining Order (DE 26).

5.　　Plaintiff herein, moves for preliminary injunction and relies on the arguments and evidence in Plaintiff's Renewed *Ex Parte* Motion for Entry of Temporary Restraining Order (DE 23).

6.     As the elements for temporary restraining order and preliminary injunction are the same, Plaintiff respectfully requests the Court enter preliminary injunction against Defendants consistent with the Court's Sealed TRO (DE 18). See, e.g., *Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995).

7.     All Defendants will be served with this Motion. Should the Court provide Defendants with a time frame in which to respond to this Motion and brief any opposition thereto, and no such response or brief is filed, the Court is within its discretion to adopt its prior factual findings with respect to the TRO and conclude that Plaintiff has established its burden with respect to preliminary injunction. *Stabletracker.com v. Seitz*, Case No. 11-22322-CIV-UNGARO/TORRES, 2011 WL 13224090, at *1 (S.D. Fla. July 20, 2011) ("Where a defendant fails to oppose a motion for preliminary injunctive relief, a court may adopt the factual findings from previously-entered temporary restraining order and conclude that a movant has satisfied its burden."), *report and recommendation approved, Seitz*, 2011 WL 13224098 (S.D. Fla. Aug., 15, 2011); *C&C Carriage Mushroom Co. v. Greenwood Choice, Inc.*, No. 10-62116-CIV, 2011 WL 111741, at *2-3 (S.D. Fla. Jan. 4, 2011) (same); see also *Oliva Cigar Co. v. Olivacigar-USA.Shop*, Case No. 25-cv-21501-GAYLES, 2025 WL 1433806 (S.D. Fla. April 17, 2025) (converting TRO to preliminary injunction after a hearing, where record evidence demonstrated all elements for preliminary injunction, and where defendants failed to appear or respond despite having been served via email and publication of a URL containing all case filings).

8.     In such event, no hearing should be necessary. However, should the Court schedule a hearing on this Motion, Plaintiff requests that such hearing be conducted by telephone or remote access to relieve any Defendant's burden in appearing.

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989

**WHEREFORE**, Plaintiff respectfully requests the Court enter preliminary injunction against Defendants, together with any further relief the Court deems just and proper.

DATED:  May 28, 2026            Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
 **DAVID P. REINER, II, ESQ.**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **May 28, 2026**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400

REINER & REINER, P.A.
ONE DATRAN CENTER ⬧ 9100 SOUTH DADELAND BLVD ⬧ SUITE 901 ⬧ MIAMI ⬧ FLORIDA ⬧ 33156 ⬧ TEL: 305 670-8282 ⬧ FAX: 305 670-8989