**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-21188-BLOOM**

**DINGWANG JIA,**

     Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS,**
**AND UNINCORPORATED**
**ASSOCIATIONS IDENTIFIED ON**
**SCHEDULE A**,

     Defendants.

_____/

**ORDER OF DISMISSAL AS TO CERTAIN**
**DEFENDANT WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal without Prejudice as to Defendant UUYUUY d/b/a JXimpression, Defendant No. 17 on Schedule A, ECF No. [36] ("Notice"), filed on May 27, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [36]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE** as to Defendant UUYUUY d/b/a JXimpression, Defendant No. 17 on Schedule A, only; and

3. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 28, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record