**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-21188-BB**

**DINGWANG JIA,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

Defendants.
_________________________________________/

**PLAINTIFF'S SECOND *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff, by and through undersigned counsel, respectfully requests a fourteen (14)-day extension of the Temporary Restraining Order (the "TRO") entered by the Court on May 5, 2026.

1. The TRO is currently set to expire on June 2, 2026.

2. On May 28, 2026, Plaintiff filed and served on Defendants a Motion for Preliminary Injunction (DE 38).

3. On May 29, 2026, the Court set a hearing on the Motion for Preliminary Injunction for June 3, 2026, via Zoom.

4. On May 29, 2026, Plaintiff served Defendants with a copy of the Court's Order Setting Preliminary Injunction Hearing and the Motion for Preliminary Injunction. *See* Certificate of Service DE 42.

5. No Defendant has filed a response to the Motion for Preliminary Injunction.[1]

[1] Although one Defendant did send an email to the Judge.

6. Accordingly, due to the upcoming hearing on Plaintiff's Motion for Preliminary Injunction (DE 38), Plaintiff respectfully requests the Court extend the TRO an additional fourteen (14) days to June 16, 2026.

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the TRO for an additional fourteen (14) days to June 16, 2026.

**DATED: June 1, 2026**

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: ______________________________
**DAVID P. REINER, II, ESQ.**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **June 1, 2026**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: ______________________________
**DAVID P. REINER, II**; FBN 416400