**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| DINGWANG JIA,<br><br>Plaintiff,<br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:26-cv-21188 |

**Declaration of Rongjun Chang**

I, Rongjun Chang, of the City of Yancheng, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.
2. I am the legal representative of yanchengshubaofangzhipinyouxiangongsi, a Chinese limited company (the "Company"). The Company is the registrant of the Amazon store yanchengshubao, Amazon seller ID A3DYOP0M1I5TG2 (the "Store"). I have access and control of the Store.
3. The Store's product at issue in this litigation is a door draft stopper ("Accused Product"). The comparison chart in **Exhibit A** demonstrates that Plaintiff's U.S. Patent No. D1,096,386 S (the "'386 Patent") differs significantly from the Store's Accused Product. The patented design features a three-sided shield shape, whereas the Store's product has a four-sided shape.
4. The Accused Product was listed as early as October 24, 2022, as shown in **Exhibit B**. A

prior listing for the same product was first available on December 6, 2021, as shown in **Exhibit C**.[1] Furthermore, products identical to the design claimed in the '386 Patent were available on Amazon with consumer reviews and photos dating back to August 19, 2020, as shown in **Exhibit D**.[2] Taken together, the relevant product designs were widely available to the public well before the '386 Patent's filing date of February 2, 2023.

5. After a diligent search of sales record and to the best of my knowledge, the Store sold 31,157 items of the Accused Product to the United States for a revenue of $493,869.73. The Store made $13,136.87 in profit. See **Exhibit E** for complete sales records of the Accused Product and **Exhibit F** for profit calculation tables.

6. The Store currently has a restrained amount of $32,513.38, **Exhibit G**. Amazon limited the Stores' ability to withdraw any funds from the accounts, regardless of whether the amount is connected to the product at issue or from future incomes.

7. The Store has been in continuous operation since 2021. The Store plans to continue operations in the foreseeable future and during the litigation, and will pay the judgment the court may award to Plaintiff, if any. The asset restraint currently in place substantially hinders the Store's liquidity and ability to continue its operations, and the Store is in urgent need to access the funds to continue the business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this June 1, 2026 in Yancheng City, China.

Rongjun Chang

Rongjun Chang

[1] https://www.amazon.com/dp/B09N41FRZY

[2] https://www.amazon.com/dp/B088LZ2SPT; https://www.amazon.com/dp/B0C6ZKTZF9; https://www.amazon.com/dp/B0B4NP5GN8

# Exhibit A

| Plaintiff's U.S. Patent No. D1096386 | Defendant's Accused Product (Comfyanno) |
| --- | --- |
|  |  |

The overall appearance is different. Plaintiff's patented design features a three-sided shield shape, while Defendant's product adopts a quadrilateral shape.





| | |
|---|---|
|  |  |



FIG. 4



| | |
|---|---|
|  FIG. 5 |  |

| | |
|---|---|
|  |  |

# Exhibit B

# Enrollment Details

| Enrollment Status | Enrollment Date | Enrollment Period Start Date | Product Site Launch Date | # of Units Enrolled | Enrollment Fee |
|---|---|---|---|---|---|
| Concluded | 10/24/2022 | 10/24/2022 | -- | 30 | $100.00 |



Comfyanno 38" Weighted Under Door Draft Stopper, Fits Front, Bedroom, Interior Door, Easy to Install, Block Cold Air Draft from Bottom Door, 2.2lb, Fits Door Gap up to 3" - Linen Gray

B0B9L75YNH

1,113

No variations

**Product variations 1-1** of 1

| | Product Name<br>ASIN | Status | SKU |
|---|---|---|---|
|  | Comfyanno 38" Weighted Under Door Draft Stopper, Fits Front, Bedroom, Interior Door, Easy to Install, Block Cold Air Draft from Bottom Door, 2.2lb, Fits Door Gap up to 3" - Linen Gray ...<br>B0B9L75YNH | Completed | 05-H8ZG-RRTE |

# Exhibit C

Quick guide

# Amazon Competitor Research

Open the quick guide and FAQ when you need a faster start, then close it and work directly in the search area.

Open quick guide and FAQ

Competitor Research | Product Research | Category Insights | Keyword Research | ABA Opportunity Finder | Design Patent | Global Brand Database | My Product List | Category | My Exported Data | Search History

E-commerce Platforms: Amazon | TikTok (new)

Marketplaces: United States | 30-Day | Select a Category

Keyword eg:flashlight | Brand eg:Anker | Seller eg:AnkerDirect | B09N41FRZY | Search

Copy | Category | Product list | Export | Historical Sales | Results: 1 | Variations | List | Grid | Column | Variation | Descending | Go

| # | Product | BSR | Sales Trend(Par) | Units Sold Growth(%) | Revenue | Variation Sold/Revenue | Variations Count | Price Q&A | Rating Count Increase | Rating Ratings Rate | FBA Gross Margin | Date Available | Sellers | Fulfillment Delivery Price | BuyBox Seller | LQS | Weight Dimensions | Package Weight Package Dimensions | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  Gesundheit 38" Weighted ... ASIN: B09N41FRZY PASIN : B09N41FRZY Brand:Gesundheit | - - - | - | - - | - | - - | 1 | $24.11 - | 22 - | 4.6 - | - - | 2021-12-06 | 1 | NA - | - | 8.2 | 2.4 pounds 15.07 x 5.2 x 3.74 inches | - - | |

View Products of the Same Category: Home & Kitchen › Home Décor Products › Draft Stoppers | BS list | NEW list | Market Analysis | Similar Items | Check Patent | TikTok Influencers | 1688 Sourcing | Alibaba

#645 in Under Door Draft Stoppers

1 - 1/1 First 1 | 60/page | Go to 1 Page | Go

- Connect SellerSprite to your own site, Click to know more about API -

# Exhibit D



Jan

★★★★★ **So glad I ordered!**

Reviewed in the United States on August 19, 2020

I am loving this draft blocker! It keeps the summer heat out where the holes are under my door. It's so nice and heavy. I can't recommend this product enough. I am very happy and will use this in winter too. Will order more when winter comes.

Images in this review





Chell

★★★★★ **Great!!**

Reviewed in the United States on January 25, 2021

This definitely keeps the warmth in and the cold out!! It also blocks any papers or flyers from going under the door!!

Images in this review





Yani

**Draft, noise, and door creaking reduction**

Reviewed in the United States on November 2021

There is a significant gap between my door and the floor. This causes a draft, which often makes my door creak. Sometimes the draft is significant enough to push the door open. My sons crib is right by the door so the draft and creaking wake him up.
These door draft stoppers work really well. Since I've been using them I haven't had any issues. Def high enough to cover my door gap and I haven't had any issues with the doors creaking or opening. They're very easy to use, and install. I highly recommend.

Images in this review



cument 44-1 Entered on FLSD Docke



Stratmoen

**Only came with 1, NOT 2 like advertised**

Reviewed in the United States on November 21, 202[illegible]

I ordered this product because it came with 2. It says so in the description and in the pictures. However I received 1. Bogus and a rip-off. Don't waste your money.

Images in this review



ument 44-1 Entered on FLSD Dock



Ms. Peacock

★★★★☆ **Draft stopper - Door Stopper**

Reviewed in the United States on September 8, 2022

This gets the job done whether you want to prevent a draft from entering your room this is long enough to stop it from coming underneath the door ..

it's also heavy enough to be a door stopper and that's what we're using it for ..

I've had the maintenance here out 1 million times to fix the door and it keeps opening ,

so we finally got this to stop it from opening but it doesn't really prevent the noise from our laundry room, so I wouldn't necessarily get it for noise canceling.. but it's a good door stopper.

Images in this review



ument 44-1 Entered on FLSD Doc



Rescue mom

★★★★☆ **Nice material**

Reviewed in the United States on August 23, 2022

The door stop has some weight to it. It is not 100% made of the beads as I remember them in the past. It covers my door as it should. It comes with a roll of thin tape and some tacks. I like the fact that is washable. My favorite part......the handles. When it is not in use you can just hang it on the door. What a simple idea that creates such convenience. I knocked one star off because I think it could be heavier. Overall a good door stop and will get the job done.

Images in this review



# Exhibit E

| amazon-order-id | merchant-order-id | purchase-date | last-up | order-s | fulfill | sales-c | order-c | url | ship-se | product-name | sku | asin | item-st | quantity | currency | item-p | item-ta | shippin | shippin | gift-wr | gift-wr | item-pr | ship-pr | ship-ci | ship-st | ship-pc | ship-cc | promoti | cpf | is-busi | purchas | price-c | signatu | buyer-i | buyer-i | order-i |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111-5764689-5301841 | 111-5764689-5301841 | 2024-07-06T05:07:35+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Draft Stopper for Bottom of Door, 36 in | DDS-BROWN | B0CLZLCMS | Shipped | 1 | USD | 17.99 | 1.58 | | | | | | | DENVER | CO | 80206-192 | US | | | FALSE | | | FALSE | | | 10407310 |
| 113-9777251-9700214 | 113-9777251-9700214 | 2024-07-06T04:40:06+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.57 | | | | | | | LOS ANGEL | CA | 90015-145 | US | | | FALSE | | | FALSE | | | 10415853 |
| 112-0104532-4158650 | 112-0104532-4158650 | 2024-07-06T03:58:37+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.81 | | | | | | | VACAVILLE | CA | 95688 | US | | | FALSE | | | FALSE | | | 10435688 |
| 111-5063204-2719427 | 111-5063204-2719427 | 2024-07-06T03:36:28+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 2 | USD | 19.98 | 1.12 | | | | | | | KINGMAN | AZ | 86409-117 | US | | | FALSE | | | FALSE | | | 10427786 |
| 114-8756552-2918629 | 114-8756552-2918629 | 2024-07-06T02:54:21+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Standard | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.83 | 6.88 | | | | | 6.88 | MESA | AZ | 85206-207 | US | US Core Free Shipp | | FALSE | | | FALSE | | | 10400034 |
| 111-6725465-3516229 | 111-6725465-3516229 | 2024-07-06T02:50:52+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 2 | USD | 19.98 | 1.4 | | | | | | | INDIANAPC | IN | 46218-480 | US | | | FALSE | | | FALSE | | | 10403840 |
| 114-1734852-7629861 | 114-1734852-7629861 | 2024-07-06T02:41:25+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.7 | | | | | | | COLUMBUS | IN | 47201-435 | US | | | FALSE | | | FALSE | | | 10435738 |
| 112-1972914-5521020 | 112-1972914-5521020 | 2024-07-06T02:32:13+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Door Bottom, 38inch Weighted Door Cold | G7-B8OG-U | B0BM5YT2S | Shipped | 1 | USD | 17.99 | 1.48 | | | | | | | LITTLE EI | TX | 75068-567 | US | | | FALSE | | | FALSE | | | 10407253 |
| 112-5530963-0677824 | 112-5530963-0677824 | 2024-07-06T01:46:32+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.6 | | | | | | | CHARLES T | WV | 25414-487 | US | | | FALSE | | | FALSE | | | 10415742 |
| 111-6809643-3117868 | 111-6809643-3117868 | 2024-07-06T01:44:28+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Standard | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 1.15 | | | | | | | Caguas | PR | 00725 | US | | | FALSE | | | FALSE | | | 10407231 |
| 111-2180886-8796266 | 111-2180886-8796266 | 2024-07-06T01:23:45+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.69 | | | | | | | CHICAGO | IL | 60661-160 | US | | | FALSE | | | FALSE | | | 10402109 |
| 112-2821252-1141032 | 112-2821252-1141032 | 2024-07-06T01:15:04+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 3 | USD | 29.97 | 1.8 | | | | | | | NANTY GLC | PA | 15943-180 | US | | | FALSE | | | FALSE | | | 10427690 |
| 113-8307533-7895459 | 113-8307533-7895459 | 2024-07-06T00:51:40+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 3 | USD | 29.97 | 2.28 | 2.99 | | | | | 2.99 | Albuquerc | NM | 87111 | US | | | FALSE | | | FALSE | | | 10427671 |
| 113-2659642-6976260 | 113-2659642-6976260 | 2024-07-06T00:21:25+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.59 | | | | | | | GREENDALE | WI | 53129-283 | US | | | FALSE | | | FALSE | | | 10427652 |
| 114-5855486-7560260 | 114-5855486-7560260 | 2024-07-05T23:44:20+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 4 | USD | 39.96 | 2.4 | | | | | | | HERNDON | VA | 20170-570 | US | | | FALSE | | | FALSE | | | 10405566 |
| 112-8102135-9225053 | 112-8102135-9225053 | 2024-07-05T23:29:30+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.48 | | | | | | | YUKON | OK | 73099-290 | US | | | FALSE | | | FALSE | | | 10435821 |
| 114-8344930-1295428 | 114-8344930-1295428 | 2024-07-05T23:16:27+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 4 | USD | 65.96 | 6.76 | | | | | | | LIVERMORE | CA | 94550-580 | US | | | FALSE | | | FALSE | | | 10415637 |
| 111-7037622-7205868 | 111-7037622-7205868 | 2024-07-05T22:37:14+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.65 | | | | | | | Orlando | FL | 32827 | US | | | FALSE | | | FALSE | | | 10415608 |
| 112-3945844-9570615 | 112-3945844-9570615 | 2024-07-05T22:23:11+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.94 | | | | | | | NEW ORLEA | LA | 70127-105 | US | | | FALSE | | | FALSE | | | 10435571 |
| 112-6673325-2798616 | 112-6673325-2798616 | 2024-07-05T22:08:18+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.79 | | | | | | | MILWAUKEE | WI | 53207-192 | US | | | FALSE | | | FALSE | | | 10407139 |
| 114-6901630-6218654 | 114-6901630-6218654 | 2024-07-05T21:24:28+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.82 | | | | | | | HALTOM CI | TX | 76117-321 | US | | | FALSE | | | FALSE | | | 10405511 |
| 112-9082015-8725801 | 112-9082015-8725801 | 2024-07-05T20:42:50+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Draft Stopper for Bottom of Door, 36 in | DDS-BROWN | B0CLZLCMS | Shipped | 1 | USD | 17.99 | 1.48 | | | | | | | AUSTIN | TX | 78734-443 | US | | | FALSE | | | FALSE | | | 10398746 |
| 113-0634864-0357844 | 113-0634864-0357844 | 2024-07-05T20:33:34+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.66 | | | | | | | GLASSBORC | NJ | 08028-253 | US | | | FALSE | | | FALSE | | | 10415522 |
| 114-2368612-7113863 | 114-2368612-7113863 | 2024-07-05T19:45:36+00:00 | 2024-07-1 | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.77 | | | | | | | Yucaipa | CA | 92399 | US | | | FALSE | | | FALSE | | | 10407079 |
| 112-0777254-0138614 | 112-0777254-0138614 | 2024-07-05T19:30:40+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.66 | | | | | | | TEANECK | NJ | 07666 | US | | | FALSE | | | FALSE | | | 10435552 |
| 112-6520181-2973839 | 112-6520181-2973839 | 2024-07-05T18:02:33+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.9 | | | | | | | MOUNT PLE | SC | 29466-874 | US | | | FALSE | | | FALSE | | | 10427391 |
| 114-4689845-9843413 | 114-4689845-9843413 | 2024-07-05T17:53:08+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 3 | USD | 29.97 | 2.85 | | | | | | | LOS ANGEL | CA | 90048-221 | US | | | FALSE | | | FALSE | | | 10405422 |
| 111-5867142-1762605 | 111-5867142-1762605 | 2024-07-05T15:36:07+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 2 | USD | 19.98 | 1.32 | | | | | | | NORTH PLA | NJ | 07060-431 | US | | | FALSE | | | FALSE | | | 10401859 |
| 111-1362080-1673834 | 111-1362080-1673834 | 2024-07-05T15:00:32+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 2 | USD | 19.98 | 1.6 | | | | | | | MYRTLE BE | SC | 29579-855 | US | | | FALSE | | | FALSE | | | 10398597 |
| 112-1606622-7343447 | 112-1606622-7343447 | 2024-07-05T14:32:21+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Standard | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.46 | 5.8 | 0.51 | | | | | BRONX | NY | 10468-112 | US | | | FALSE | | | FALSE | | | 10435365 |
| 113-4281797-5941050 | 113-4281797-5941050 | 2024-07-05T14:30:10+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.66 | 1.5 | | | | | 1.5 | TRENTON | NJ | 08629-240 | US | | | FALSE | | | FALSE | | | 10399722 |
| 113-7938985-7767406 | 113-7938985-7767406 | 2024-07-05T13:50:02+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Door Bottom, 38inch Weighted Door Cold | G7-B8OG-U | B0BM5YT2S | Shipped | 1 | USD | 17.99 | 1.26 | | | | | | | BRISTOL | IN | 46507-933 | US | | | FALSE | | | FALSE | | | 10401823 |
| 113-1216924-9544233 | 113-1216924-9544233 | 2024-07-05T13:14:41+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.6 | | | | | | | ALEXANDRI | VA | 22309-313 | US | | | FALSE | | | FALSE | | | 10427216 |
| 114-3473336-4484252 | 114-3473336-4484252 | 2024-07-05T12:56:40+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.67 | 2.99 | 0.2 | | | | | MOORESVIL | NC | 28115-260 | US | | | FALSE | | | FALSE | | | 10435254 |
| 111-7811980-1234626 | 111-7811980-1234626 | 2024-07-05T06:13:53+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.63 | | | | | | | SAINT PAU | MN | 55101-121 | US | | | FALSE | | | FALSE | | | 10400835 |
| 113-6718535-7428242 | 113-6718535-7428242 | 2024-07-05T05:16:35+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.2 | | | | | | | EL DORADC | CA | 95762-802 | US | | | FALSE | | | FALSE | | | 10427103 |
| 113-1892335-1234646 | 113-1892335-1234646 | 2024-07-05T04:55:25+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 1.07 | | | | | | | Union Cit | Californi | 94587 | US | | | FALSE | | | FALSE | | | 10427095 |
| 112-3054720-3218611 | 112-3054720-3218611 | 2024-07-05T04:11:19+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.65 | | | | | | | SAINT JOH | FL | 32259-872 | US | | | FALSE | | | FALSE | | | 10401727 |
| 112-0994681-0888269 | 112-0994681-0888269 | 2024-07-05T04:06:40+00:00 | 2024-07-( | Cancellec | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Cancellec | 0 | | | | | | | | | | SAINT JOH | FL | 32259-872 | US | | | FALSE | | | FALSE | | | 10435263 |
| 114-6378495-7282637 | 114-6378495-7282637 | 2024-07-05T03:18:32+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.8 | | | | | | | BIRMINGHA | AL | 35215-121 | US | | | FALSE | | | FALSE | | | 10435226 |
| 113-8606276-7373829 | 113-8606276-7373829 | 2024-07-05T02:12:45+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.88 | | | | | | | FALL CITY | WA | 98024-581 | US | | | FALSE | | | FALSE | | | 10435185 |
| 111-4558147-7633869 | 111-4558147-7633869 | 2024-07-05T02:10:38+00:00 | 2024-07-1 | Shipped | Amazon | Amazon.com | | | Standard | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.89 | 3.23 | | | | | 3.23 | FLUSHING | NY | 11354-379 | US | US Core Free Shipp | | FALSE | | | FALSE | | | 10427002 |
| 111-3322244-7109814 | 111-3322244-7109814 | 2024-07-05T00:58:33+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.66 | | | | | | | OCEAN | NJ | 07712-475 | US | | | FALSE | | | FALSE | | | 10435081 |
| 114-5976942-0069866 | 114-5976942-0069866 | 2024-07-05T00:46:44+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.6 | | | | | | | STROUDSBU | PA | 18360-719 | US | | | FALSE | | | FALSE | | | 10399552 |
| 114-8637744-6429045 | 114-8637744-6429045 | 2024-07-05T00:04:25+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 2 | USD | 19.98 | 1.2 | | | | | | | LANCASTER | PA | 17603-321 | US | | | FALSE | | | FALSE | | | 10434956 |
| 111-4717660-3603411 | 111-4717660-3603411 | 2024-07-05T00:04:21+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.8 | | | | | | | MACON | GA | 31201-168 | US | | | FALSE | | | FALSE | | | 10401645 |
| 114-7514961-5743411 | 114-7514961-5743411 | 2024-07-04T23:58:08+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 2 | USD | 19.98 | 2.06 | | | | | | | SEATTLE | WA | 98122-750 | US | | | FALSE | | | FALSE | | | 10401643 |
| 112-3536413-3015465 | 112-3536413-3015465 | 2024-07-04T23:56:16+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.36 | | | | | | | HASLET | TX | 76052-310 | US | | | FALSE | | | FALSE | | | 10398404 |
| 114-1452192-8713045 | 114-1452192-8713045 | 2024-07-04T23:45:49+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 3 | USD | 29.97 | 2.61 | | | | | | | CHOWCHILL | CA | 93610-205 | US | | | FALSE | | | FALSE | | | 10400714 |
| 111-0067498-8254638 | 111-0067498-8254638 | 2024-07-04T22:43:05+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 1.02 | | | | | | | LONG BEAC | CA | 90805-220 | US | | | FALSE | | | FALSE | | | 10400690 |
| 112-6513525-4626627 | 112-6513525-4626627 | 2024-07-04T22:25:15+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.67 | | | | | | | LINCOLN | TX | 78948-647 | US | | | FALSE | | | FALSE | | | 10399499 |
| 111-7234705-6339465 | 111-7234705-6339465 | 2024-07-04T22:15:37+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 2 | USD | 19.98 | 1.48 | | | | | | | SALT LAKE | UTAH | 84107-391 | US | | | FALSE | | | FALSE | | | 10426864 |
| 112-6580194-8284213 | 112-6580194-8284213 | 2024-07-04T21:40:18+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.8 | | | | | | | AURORA | CO | 80012-615 | US | | | FALSE | | | FALSE | | | 10400666 |
| 111-9340748-2268241 | 111-9340748-2268241 | 2024-07-04T20:48:36+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.6 | | | | | | | SILVER SF | MD | 20906-265 | US | | | FALSE | | | FALSE | | | 10401571 |
| 113-3216721-1451445 | 113-3216721-1451445 | 2024-07-04T20:32:03+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.61 | | | | | | | Antioch | Californi | 94509 | US | | | FALSE | | | FALSE | | | 10398326 |
| 111-5633089-0372237 | 111-5633089-0372237 | 2024-07-04T20:10:29+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.6 | | | | | | | MARIETTA | GA | 30062-540 | US | | | FALSE | | | FALSE | | | 10414820 |
| 114-0874017-1038657 | 114-0874017-1038657 | 2024-07-04T20:07:03+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 1.56 | | | | | | | NEW ORLEA | LA | 70115-425 | US | | | FALSE | | | FALSE | | | 10401554 |
| 112-5000417-2031448 | 112-5000417-2031448 | 2024-07-04T19:57:28+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 1 | USD | 16.49 | 0.99 | | | | | | | PHILADELF | PA | 19128-377 | US | | | FALSE | | | FALSE | | | 10414794 |
| 113-8657838-0810626 | 113-8657838-0810626 | 2024-07-04T19:47:40+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Standard | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 2 | USD | 19.98 | 2.04 | 3.32 | | | | | 3.32 | Chicago | IL | 60637 | US | US Core Free Shipp | | FALSE | | | FALSE | | | 10398309 |
| 112-1656591-3868234 | 112-1656591-3868234 | 2024-07-04T18:23:28+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Standard | Comfyanno Door Draft Stopper, Weighted Under Door Bottom Draft Blocker, 36'' t | 05-H8ZG-F | B0B9L75YN | Shipped | 1 | USD | 9.99 | 0.47 | | | | | | | Honolulu | HI | 96816-471 | US | | | FALSE | | | FALSE | | | 10398277 |
| 112-9880359-8828218 | 112-9880359-8828218 | 2024-07-04T17:49:13+00:00 | 2024-07-( | Shipped | Amazon | Amazon.com | | | Expeditec | Comfyanno Under Door Draft Stopper for Bottom of Door, Weighted Door Gap Draft | DDS-BLACK | B0BLR66HI | Shipped | 2 | USD | 32.98 | 1.98 | | | | | | | FRANKFORT | KY | 40601-455 | US | | | FALSE | | | FALSE | | | 10414730 |

# Exhibit F

ASIN B0B9L75YNH

| Sales Volume | Sales Revenue |
|---|---|
| 5152 | 71349.55 |

| Marketing Expenses | Marketing Percentage |
|---|---|
| 7310.46 | 10.25% |

| Refund Costs | Refund Rate |
|---|---|
| 316.48 | 0.44% |

| Purchase Cost | Purchase Cost Percentage |
|---|---|
| 16929.34 | 23.73% |

| Shipping Fee | Shipping Fee Percentage |
|---|---|
| 4011.20 | 5.62% |

| Referral Fee | Referral Fee Percentage |
|---|---|
| 10757.49 | 15.08% |

| Storage Fee | Storage Fee Percentage |
|---|---|
| 2049.84 | 2.87% |

| Customer Shipping Fee | Customer Shipping Fee Percentage |
|---|---|
| 31573.70 | 44.25% |

| After-sales Fee | After-sales Fee Percentage |
|---|---|
| 0.0 | 0.00% |

| Others Fee | Others Fee Percentage |
|---|---|
| -338.24 | -0.47% |

| Profit | Profit Margin |
|---|---|
| -1260.72 | -1.77% |

ASIN B0BLR66HLD

| Sales Volume | Sales Revenue |
|---|---|
| 15779 | 252,411.89 |

| Marketing Expenses | Marketing Percentage |
|---|---|
| 46212.16 | 18.31% |

| Refund Costs | Refund Rate |
|---|---|
| 974.34 | 0.39% |

| Purchase Cost | Purchase Cost Percentage |
|---|---|
| 51792.79 | 20.52% |

| Shipping Fee | Shipping Fee Percentage |
|---|---|
| 11259.32 | 4.46% |

| Referral Fee | Referral Fee Percentage |
|---|---|
| 37843.15 | 14.99% |

| Storage Fee | Storage Fee Percentage |
|---|---|
| 7168.14 | 2.84% |

| Customer Shipping Fee | Customer Shipping Fee Percentage |
|---|---|
| 104980.15 | 41.59% |

| After-sales Fee | After-sales Fee Percentage |
|---|---|
| 0.0 | 0.00% |

| Others Fee | Others Fee Percentage |
|---|---|
| -1502.40 | -0.60% |

| Profit | Profit Margin |
|---|---|
| -6315.75 | -2.50% |

ASIN B0BM5YT2SP

| Sales Volume | Sales Revenue |
|---|---|
| 5517 | 92,329.14 |

| Marketing Expenses | Marketing Percentage |
|---|---|
| 7209.51 | 7.81% |

| Refund Costs | Refund Rate |
|---|---|
| 314.44 | 0.34% |

| Purchase Cost | Purchase Cost Percentage |
|---|---|
| 18077.43 | 19.58% |

| Shipping Fee | Shipping Fee Percentage |
|---|---|
| 3929.88 | 4.26% |

| Referral Fee | Referral Fee Percentage |
|---|---|
| 13892.02 | 15.05% |

| Storage Fee | Storage Fee Percentage |
|---|---|
| 4206.11 | 4.56% |

| Customer Shipping Fee | Customer Shipping Fee Percentage |
|---|---|
| 36371.84 | 39.39% |

| After-sales Fee | After-sales Fee Percentage |
|---|---|
| 0.0 | 0.00% |

| Others Fee | Others Fee Percentage |
|---|---|
| -467.26 | -0.51% |

| Profit | Profit Margin |
|---|---|
| 8795.18 | 9.53% |

ASIN B0C7W4XJB4

| Sales Volume | Sales Revenue |
|---|---|
| 2486 | 41,858.16 |

| Marketing Expenses | Marketing Percentage |
|---|---|
| 318.76 | 0.76% |

| Refund Costs | Refund Rate |
|---|---|
| 299.82 | 0.72% |

| Purchase Cost | Purchase Cost Percentage |
|---|---|
| 8124.81 | 19.41% |

| Shipping Fee | Shipping Fee Percentage |
|---|---|
| 1766.26 | 4.22% |

| Referral Fee | Referral Fee Percentage |
|---|---|
| 6241.66 | 14.91% |

| Storage Fee | Storage Fee Percentage |
|---|---|
| 1769.16 | 4.23% |

| Customer Shipping Fee | Customer Shipping Fee Percentage |
|---|---|
| 16497.12 | 39.41% |

| After-sales Fee | After-sales Fee Percentage |
|---|---|
| 0.0 | 0.00% |

| Others Fee | Others Fee Percentage |
|---|---|
| -176.27 | -0.42% |

| Profit | Profit Margin |
|---|---|
| 7016.83 | 16.76% |

ASIN B0C7W63YD8

| Sales Volume | Sales Revenue |
|---|---|
| 997 | 17,193.49 |

| Marketing Expenses | Marketing Percentage |
|---|---|
| 275.92 | 1.60% |

| Refund Costs | Refund Rate |
|---|---|
| 97.72 | 0.57% |

| Purchase Cost | Purchase Cost Percentage |
|---|---|
| 3250.49 | 18.91% |

| Shipping Fee | Shipping Fee Percentage |
|---|---|
| 706.63 | 4.11% |

| Referral Fee | Referral Fee Percentage |
|---|---|
| 2593.12 | 15.08% |

| Storage Fee | Storage Fee Percentage |
|---|---|
| 688.29 | 4.00% |

| Customer Shipping Fee | Customer Shipping Fee Percentage |
|---|---|
| 6487.08 | 37.73% |

| After-sales Fee | After-sales Fee Percentage |
|---|---|
| 0.0 | 0.00% |

| Others Fee | Others Fee Percentage |
|---|---|
| -132.40 | -0.77% |

| Profit | Profit Margin |
|---|---|
| 3226.63 | 18.77% |

ASIN B0CLZLCMS4

| Sales Volume | Sales Revenue |
|---|---|
| 1098 | 16,893.91 |

| Marketing Expenses | Marketing Percentage |
|---|---|
| 57.47 | 0.34% |

| Refund Costs | Refund Rate |
|---|---|
| 99.11 | 0.59% |

| Purchase Cost | Purchase Cost Percentage |
|---|---|
| 3597.79 | 21.30% |

| Shipping Fee | Shipping Fee Percentage |
|---|---|
| 784.29 | 4.64% |

| Referral Fee | Referral Fee Percentage |
|---|---|
| 2528.90 | 14.97% |

| Storage Fee | Storage Fee Percentage |
|---|---|
| 900.25 | 5.33% |

| Customer Shipping Fee | Customer Shipping Fee Percentage |
|---|---|
| 7419.99 | 43.92% |

| After-sales Fee | After-sales Fee Percentage |
|---|---|
| 0.0 | 0.00% |

| Others Fee | Others Fee Percentage |
|---|---|
| -168.58 | -1.00% |

| Profit | Profit Margin |
|---|---|
| 1674.70 | 9.91% |

ASIN B0CLGM5Q6T

B0CLGM5Q6T is the parent asin and there are no sales records for it.

| Sales Volume | Sales Revenue |
|---|---|
| | |

| Marketing Expenses | Marketing Percentage |
|---|---|
| | |

| Refund Costs | Refund Rate |
|---|---|
| | |

| Purchase Cost | Purchase Cost Percentage |
|---|---|
| | |

| Shipping Fee | Shipping Fee Percentage |
|---|---|
| | |

| Referral Fee | Referral Fee Percentage |
|---|---|
| | |

| Storage Fee | Storage Fee Percentage |
|---|---|
| | |

| Customer Shipping Fee | Customer Shipping Fee Percentage |
|---|---|
| | |

| After-sales Fee | After-sales Fee Percentage |
|---|---|
| 0.0 | |

| Others Fee | Others Fee Percentage |
|---|---|
| | |

| Profit | Profit Margin |
|---|---|
| 0.00 | |

# Exhibit G

amazon seller central | United States

Manage All Inventory | Campaign Manager | Manage Orders | Brand Analytics | Business Reports | Account Health | Feedback Manager | A+ Content Manag

Good afternoon, your account health is **Healthy** ›

## Actions ⓘ

1

**Shipment performance**

0 outstanding shipment problems

15 total in last 120 days

## Global Snapshot

Payments

**$32,513.38**

Total Balance