**Exhibit A**

| No. | Platform | Name | Seller ID | Product IDs |
|---|---|---|---|---|
| 2 | Amazon | Fiwochic d/b/a XeuLei | A29CRL01VQRZSP | **B0FKGHJ4T1** B0FKGM5M52 B0FKGMHPYL |
| 3 | Amazon | HAILM | A4TMP1WYUO78R | **B0CNZ24ZW9** |
| 9 | Amazon | Mimoyalaso d/b/a ZHAOLHDF | A94SVWJ6QP4UG | **B0D8PL9QQL** B0D8Q2JKDP B0D8PNL3G3 |
| 10 | Amazon | MowTrudly | ACC7474DX9REK | **B0FVYBN1XV** B0FRB17G1N B0FRB2N3YL B0FRB2RXZ7 |
| 12 | Amazon | SINGINGLORY d/b/a Y&J Home | AVCYNM1X2ECO8 | **B0DNYT3Y29** B0DNYSGTJW B0DNYR8H27 B0DYJ7M538 |
| 15 | Amazon | Symbiontia | A28KHYEABVE3O | **B0FP89PDXW** |
| 19 | Amazon | WiseTigris d/b/a Kliwill | A19XAG14OQR082 | **B0DSVLKMPM** B0DSVK85G7 B0DSVK9S29 B0DSVKXCX3 B0DSVKZPLS B0DSVL6XGB B0DSVLF1ZK |
| 21 | Amazon | ZLHETWT d/b/a ZAZALIHH | ASOLXJUVYCSMH | **B0CY5M5WD9** B0CY5873SZ B0CY5DD1VF |
| 23 | Amazon | DARALIS | A1IHTUT5MFBCNA | **B0DM551VZL** B0DM54KJCH B0DM552WLZ B0DM56GTBC B0DM56R21P B0DM56X9HX B0DM58T4SR |
| 26 | Amazon | Wohomzy d/b/a Yimeixun | AC2XQUIXN31UW | **B0F248QP7F** B0F243B8T2 B0F245CHQ1 B0F245Y8CH B0F2465NXQ B0F2467V89 B0F2469TYT B0F246J4T4 B0F246JZLD B0F246TS4N |

| | | | | B0F2479L6L B0F247DZ5B B0F247P8T6 B0F2486N4B |
|---|---|---|---|---|
| 27 | Walmart | WJJIYR | 102924604 | 17805011505 |