**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 26-cv-21188-BLOOM

**DINGWANG JIA,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**

Defendants.

______________________________________/

## HYHA's LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS

1. Plaintiff applied for and obtained a design patent for U.S. Patent No. D1,096,386 S entitled "Door Draft Stopper." *See* U.S. Patent No. D1,096,386 S at 1 (previously filed as, *inter alia* ECF No. 56-1).

2. Plaintiff applied for patent protection (application No. 29/870,682) on February 2, 2023. The patent issued on October 7, 2025. *See* U.S. Patent No. D1,096,386 S at 1 (ECF No. 56-1).

3. The scope of the patent, as described in the claim is "[t]he ornamental design for a door draft stopper as shown." *See* U.S. Patent No. D1,096,386 S at 1 (ECF No. 56-1).

4. COMFYANNO has sold a door draft product that was made available for sale at least as early as December 6, 2021. *See* Declaration of Rongjun Chang ¶ 4 (citing attached exhibits) (previously filed as ECF No. 44-1). Plaintiff accused the COMFYANNO product of infringement and defended its infringement read against the COMFYANNO product in support of its motion for preliminary injunction. (ECF Nos. 16 (Sealed Am. Compl.), 16-1 at 8 ("Schedule A") (Def. No. 25) and ECF No. 56 (Reply in Support of Motion for Preliminary Injunction) at 12.

5. UBCare has sold a door draft product that was made available for sale at least as early as May 14, 2020. *See* Declaration of Mingzhe Zou ¶ 4 (and cited attached exhibits) (previously filed as ECF No. 44-2); *see also* Declaration of Caleb Judge (previously filed as ECF No. 51-5) at 3-4. Plaintiff accused the UBCare product of infringement and defended

its infringement read against the UBCare product in support of its motion for preliminary injunction. (ECF Nos. 16 (Sealed Am. Compl.), 16-1 at 2 ("Schedule A") (Def. No. 13) and ECF No. 56 (Reply in Support of Motion for Preliminary Injunction) at 8-11.

6. SYIPO/suyanfushi has sold a door draft product that was made available for sale at least as early as January 7, 2022. *See* Declaration of Caixia Yin ¶ 4 (and cited attached exhibits) (previously filed as ECF No. 44-3). Plaintiff accused the suyanfushi product of infringement and defended its infringement read against the suyanfushi product in support of its motion for preliminary injunction. (ECF Nos. 16 (Sealed Am. Compl.), 16-1 at 6 ("Schedule A") (Def. No. 14) and ECF No. 56 (Reply in Support of Motion for Preliminary Injunction) at 11-12.

Dated: June 29, 2026

Respectfully submitted,

/s/ *Michael A. Shafer*

Michael A. Shafer
Florida Bar No.: 1040674
mshafer@dbllawyers.com

DUNLAP BENNETT & LUDWIG PLLC
9011 Arboretum Parkway Suite 390
Richmond, VA 23236
Telephone: (804) 823-7776

William R. Trueba, Jr. (wtrueba@avilalaw.com)
Florida Bar No.: 117544
Darlene Barron (dbarron@avilalaw.com)
Florida Bar No.: 108873
AVILA RODRIGUEZ HERNANDEZ MENA & GARRO LLP
2525 Ponce de Leon Boulevard
Penthouse 12th Floor
Coral Gables, Florida 33134
Telephone: (305) 779-3560

Michael R. La Porte (*Pro Hac Vice*)
Illinois ARDC No. 6237510
mlaporte@dbllawyers.com

DUNLAP BENNETT & LUDWIG, PLLC

333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
Telephone: (312) 551-9500

*Attorneys for Defendant,*
*HYHA, identified as*
*Yiwu Size E-Commerce Co., Ltd*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Michael A. Shafer*
Michael A. Shafer
Florida Bar No.: 1040674
mshafer@dbllawyers.com