**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-21188-BB**

**DINGWANG JIA,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

Defendants.
_______________________________________/

**DECLARATION IN OPPOSITION TO SUMMARY JUDGMENT**

I, DINGWANG JIA, hereby declare and state as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify to the statements made herein.

2. I have reviewed the evidence in this case including the Declarations of Rongjun Chan (ECF No. 44-1), Mingzhe Zou (ECF No. 44-2), and Caixia Yin (ECF No. 44-3) and the exhibits attached thereto (the "Declarations").

3. Each of those Defendants swears that their product "differs significantly" from my patented product.

4. Each of those Defendants has provided some sales data for their product and/or an allegedly identical different product.

5. It is not clear to what degree, if any, those products are ornamentally or functionally distinct.

6. I should be allowed to conduct discovery against those Defendants regarding their claims of different products and prior sales, including taking depositions, serving discovery requests, and retaining an expert, if necessary.

7. Plaintiff requires additional evidence in order to appropriately respond to Defendant HYHA's Motion for Summary Judgment (ECF No. 88) and Statement of Material Facts (ECF No. 89), and has not had an opportunity to take any discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 13, 2026

Dingwang Jia

DINGWANG JIA