**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| DINGWANG JIA,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | ) | Case No.: 1:26-cv-21188 |

**<u>Declaration of Caixia Yin</u>**

I, Caixia Yin, of the City of Shenzhen, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.
2. I am the legal representative of SHENZHENSHISUYANFUSHIYOUXIANGONGSI, a Chinese limited company (the "Company"). The Company is the registrant of the Amazon store suyanfushi, Amazon seller ID A2JMGG8GO4U8BD (the "Store"). I have access and control of the Store.
3. The product offered under the Amazon listing for ASIN B09PYPQ7R6[1] is identical to the accused product at issue in this litigation. The listing belongs to the Store and was first made available on Amazon on January 7, 2022, as shown in **Exhibit A**. The design and appearance of the product offered under this listing have remained unchanged since it was first listed.

[1] Available at: https://www.amazon.com/dp/B09PYPQ7R6/ref?th=1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this October 15, 2026 in Shenzhen City, China.

Caixia Yin

Caixia Yin

# Exhibit A




Find similar

Patent search

Click to see full view




Find similar factories

Brand testing

Review download

A+ image download

Review image download

Weighted Door Draft Stopper 36 ", Under Door Draft Blocker Bottom Door Seal Noise and Air, Interior Sound Proof Door Snake Draft Insulation Washable Stopper with 3 Weighted Bags, Triangle Brown

Visit the SYIPO Store

3.7 (17)

Review download

Q&A download

ASIN: B09PYPQ7R6

Concise and detailed

Brand: SYIPO Seller: suyanfushi FBA copy sellers: 0

Sales in the last 30 days (parent):

Listing date: 2022/01/07 (1,581 days)

Sales in the last 30 days (child):

#2742040 in Home & Kitchen

#889 in Draft Stoppers

Color: Brown

Packaging size: 321x212x49 (mm) Packaging weight: 440 (g)

FBA shipping fee: $5.37 Gross profit margin: 54.42%

We don't know when or if this item will be back in stock

Deliver to New York 1000

Add to List



LVMOM

**Looks nothing like the picture**

Reviewed in the United States on September 14, 2022

**Verified Purchase**

This door covering is so crinkled and lumpy that it seems like a joke. I bought it for its triangular form, yet in its sorry, lumpy state it is only partially effective and quite annoying, really. These pictures are taken 5 days after receiving the vacuum-packed doorstop covering.


