# Exhibit A

| Date | Attorney | Notes | Worked Hours | Agreed Rate | Total |
|---|---|---|---|---|---|
| 10/2/2026 | William Brees | Called opposing counsel (Hyha) and discussed the next steps for service following the motion to quash, a meet and confer regarding a potential motion for reconsideration, and the discovery requests propounded by Hyha | 0.5 | $695.0 | $347.5 |
| 10/2/2026 | William Brees | Meeting to discuss Dingwang Jia Strategy to deal with discovery requests. Researched and prepared memorandum regarding the response to Discovery Requests after the (Hyha) Quashed service. | 1.2 | $695.0 | $834.0 |
| 10/2/2026 | Gokalp Bayramoglu | Research the case law regarding order to quash service and related discovery requests, how to handle it going forward (Hyha) | 2 | $695.0 | $1,390.0 |
| 10/8/2026 | William Brees | Began Preparing the Hyha Motion for Protective Order,Declaration, and exhibits. | 2.8 | $695.0 | $1,946.0 |
| 10/9/2026 | William Brees | Continued and completed Preparing the Hyha Motion for Protective Order,Declaration, and exhibits. | 1.3 | $695.0 | $903.5 |
| 10/9/2026 | Robert Aycock | Review, edit, and revise draft Hyha protective order. | 1.8 | $695.0 | $1,251.0 |
| 10/9/2026 | William Brees | Reviewed and revised the Motion for Hyha Protective Order , Declaration, and proposed order. | 0.6 | $695.0 | $417.0 |
| 10/9/2026 | William Brees | Reviewed Final Motion for Protective Order Hyha and Approved for Filing. | 0.1 | $695.0 | $69.5 |
| 10/9/2026 | Reid Clibbens | Polished the Hyha Motion for Protective Order. | 1.5 | $325.0 | $487.5 |
| **Total** | | | **11.8** | | **$7,646.0** |