# Exhibit B

# AIPLA 2025

# Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

**www.aipla.org**

**Average hourly billing rate in 2024 (Q41) -- Private Firm, Equity Partner**

| | | Average hourly billing rate in 2024 (Rounded to the nearest ten) | | | | |
|---|---|---|---|---|---|---|
| | | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | Count |
| All Individuals | | $580 | $420 | $510 | $650 | 186 |
| Years of IP Law Attorney Experience | Less than 15 | $460 | $360 | $440 | $540 | 20 |
| | 15-24 | $570 | $440 | $500 | $600 | 57 |
| | 25-34 | $620 | 5430 | $530 | $680 | 87 |
| | 35 or More | $580 | $440 | $600 | $700 | 21 |
| Location | New York City Metro | $690 | $450 | $580 | $830 | 14 |
| | Minneapolis / St. Paul Metro | $520 | $330 | $390 | $700 | 10 |
| | Texas | $620 | $470 | $540 | $730 | 8 |
| | California | $620 | $500 | $560 | $700 | 15 |
| | Washington D.C. Metro | $740 | $430 | $520 | $980 | 24 |
| | Boston Metro | $550 | $430 | $470 | $690 | 7 |
| | Chicago Metro | $670 | $430 | $640 | $830 | 14 |
| | Other South | $540 | $450 | $500 | $600 | 13 |
| | Other West | $510 | $410 | $500 | $580 | 25 |
| | Other Central | $490 | $400 | $450 | $600 | 38 |
| | Other East | $660 | $530 | $600 | $680 | 7 |
| Academic Background - IP Technical Specialization | Biology / Biotechnology | $600 | $430 | $470 | $560 | 24 |
| | Chemical Engineering | $640 | $410 | $540 | $810 | 16 |
| | Chemistry | $550 | $400 | $500 | $600 | 18 |
| | Civil / Environmental Engineering | $470 | $350 | $470 | $600 | 6 |
| | Computer Engineering | $710 | $450 | $730 | $960 | 4 |
| | Computer Science / Software Engineering | $680 | $500 | $560 | $860 | 14 |
| | Electrical Engineering | $540 | $430 | $530 | $650 | 39 |
| | Mechanical / Aerospace Engineering | $530 | $400 | $480 | $620 | 40 |
| | Physics | $530 | $430 | $460 | $710 | 6 |
| | Social Sciences (e.g., economics, sociology, and psychology) | $800 | $530 | $630 | $1,170 | 5 |
| | Publishing & Entertainment | $580 | $470 | $600 | - | 3 |
| | Other | $860 | $490 | $650 | $1,350 | 5 |